# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

135382(73)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

THOMAS LENNART HELLSTROM,
          Defendant-Appellant.

SC: 135382
COA: 269980
Macomb CC: 2003-001464-FC

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's December 10, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

　　　　KELLY, C.J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

d0217